IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JAY HOWARD THOMAS,                                    CV. 08-981-MA

        Petitioner,                                ORDER

   v.

J.E. THOMAS, Warden,
FCI Sheridan,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#22) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _20_ day of May, 2010.

                                _/s/  Malcolm F. Marsh_____
                                Malcolm F. Marsh
                                United States District Judge